**Electronically Filed
Supreme Court
SCWC-11-0000775
04-FEB-2014
12:08 PM**

SCWC-11-0000775

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

―――――――――――――――――――――――――――――――――――

LYNEDON A. VAN NESS,
Petitioner/Claimant-Appellant

vs.

STATE OF HAWAI‘I, DEPARTMENT OF EDUCATION
Respondent/Employer-Appellee, Self-Insured.

―――――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000775; CASE NO. AB 2009-158 (M) (7-07-10239))

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on January 23, 2014, is corrected as follows:

1. On page 50, footnote 14, line 11:

Change "necFessity" to "necessity"

The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of these

changes.

DATED: Honolulu, Hawai‘i, February 4, 2014.

/s/ Richard W. Pollack

Associate Justice

